# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

KAMALJIT SINGH,

Petitioner,

v.

WARDEN OF IMPERIAL REGIONAL
DETENTION FACILITY; KRISTI
NOEM, SECRETARY OF THE U.S.
DEPARTMENT OF HOMELAND
SECURITY; PAMELA BONDI,
ATTORNEY GENERAL OF THE
UNITED STATES, U.S. IMMIGRATION
CUSTOMS ENFORCEMENT; U.S.
DEPARTMENT OF HOMELAND
SECURITY, in their official capacities,

Respondents.

Case No.:  26cv0628 DMS MSB

**ORDER ON STATUS REPORT**

This case comes before the Court on the parties' respective Status Reports.  Those Reports reflect Petitioner has not yet received a bond hearing as ordered by the Court on March 5, 2026.  The Court hereby directs Respondents to arrange an individualized bond hearing for Petitioner before an immigration judge forthwith.  On or before **April 1, 2026**, the parties shall file a Joint Status Report confirming Petitioner has been provided with a

1

bond hearing and the result of that hearing. In that Report, the parties shall also provide their respective positions on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

**IT IS SO ORDERED**.

Dated: March 24, 2026

Hon. Dana M. Sabraw
United States District Judge

2

26cv0628 DMS MSB